## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA
## CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:25-cv-00150-RGE-WPK<br><br>**NOTICE OF APPEARANCE OF GREG H. GREUBEL** |

**COME NOW**, Greg H. Greubel hereby enters his Appearance as an attorney on behalf of Defendants J. Ann Selzer and Selzer & Company in the above-captioned matter.

    Respectfully Submitted,

*/s/ Greg H. Greubel*
Greg H. Greubel (AT0015474)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473
Fax: (215) 717-3440
Email: greg.greubel@thefire.org

*Attorney for Defendants J. Ann Selzer and Selzer & Company*

**Certificate of Service**

The undersigned certifies that a true copy of the foregoing Notice of Appearance was served upon all parties of record through the court's CM/ECF electronic filing system on May 1, 2025.

Dated: May 1, 2025 					*/s/ Greg H. Greubel*
							Greg H. Greubel