**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:25-cv-00150-RGE-WPK<br><br>**JOINT MOTION TO EXTEND SELZER DEFENDANTS' TIME TO RESPOND TO THE PETITION** |

COME NOW Plaintiff Dennis Donnelly ("Donnelly") and Defendants Des Moines Register and Tribune Co., Inc., J. Ann Selzer, Selzer & Company, and Gannett Co., Inc. ("Defendants"), under Federal Rules of Civil Procedure 16 and 26 and Local Rules 7(d), 7.1, 16, and 26, and hereby respectfully request that this Court set deadlines for the response of J. Ann Selzer and Selzer & Company (the "Selzer Defendants") to the Petition under Federal Rule of Civil Procedure 12. In support thereof, the parties state as follows:

1. On January 6, 2025, Plaintiff Donnelly filed a Petition initiating this lawsuit in the Iowa District Court for Polk County. (ECF 1-1 ("Compl.")).

2. On April 24, 2025, Defendant Gannett Co., Inc., removed the Petition to this Court under the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d). (ECF 1).

3. Defendants Gannett Co., Inc. and Des Moines Register & Tribune Co., Inc., concurrently filed an Answer to the Petition in this Court. (ECF 3).

4. Under CAFA, the Selzer Defendants must respond to the removed Petition within seven days—that is, by Thursday, May 1, 2025. Fed. R. Civ. P. 81(c)(2).

1

5. The parties respectfully request that the Court enter an order setting the following deadlines:

   a. The Selzer Defendants may respond to the Petition on or before May 23, 2025.

   b. If any claims remain in this lawsuit in this Court following the parties' initial motion practice, the parties will submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of the Court's order(s) resolving the parties' motions to remand and/or dismiss.

6. The parties' coordination will sequence and streamline the various due dates to maximize efficiency, preserve the parties' and the Court's resources, and provide the parties and the Court with certainty regarding the date by which these threshold issues will be fully ready for the Court's consideration.

Wherefore, the parties respectfully request that this Court set deadlines for the Selzer Defendants' response to the Petition as set forth above.

Dated: May 1, 2025

**CENTER FOR AMERICAN RIGHTS**

*/s/ Daniel Suhr*
Robert R. Anderson
P.O. Box 4
Atlantic, Iowa 50022
(515) 382-1278
*bobandersoniowan@gmail.com*

Daniel R. Suhr*
Center for American Rights
727 N. LaSalle Street, Suite 210
Chicago, Illinois 60654
*dsuhr@americanrights.org*

*Attorneys for Plaintiff Dennis Donnelly*

*/s/ Greg H. Greubel*
Robert Corn-Revere*

>   (D.C. Bar No. 375415)
> Conor T. Fitzpatrick*
>   (Mich. Bar No. P78981)
> FOUNDATION FOR INDIVIDUAL RIGHTS AND
> EXPRESSION (FIRE)
> 700 Pennsylvania Avenue SE, Suite 340
> Washington, D.C. 20003
> Tel:   (215) 717-3473
> Fax:   (215) 717-3440
> bob.corn-revere@thefire.org
> conor.fitzpatrick@thefire.org
>
> Greg H. Greubel
>   (Iowa Bar No. AT0015474)
> Adam Steinbaugh*
>   (Cal. Bar No. 304829)
> FOUNDATION FOR INDIVIDUAL RIGHTS AND
> EXPRESSION (FIRE)
> 510 Walnut Street, Suite 900
> Philadelphia, PA 19106
> Tel:   (215) 717-3473
> Fax:   (215) 717-3440
> greg.greubel@thefire.org
> adam@thefire.org
>
> Matthew A. McGuire
>   (Iowa Bar No. AT0015474)
> NYEMASTER GOODE, P.C.
> 700 Walnut St., Suite 1300
> Des Moines, IA 50309
> (515) 283-8014
> mmcguire@nyemaster.com
>
> *Attorneys for Defendants J. Ann Selzer and Selzer & Company*
>
>
> **FAEGRE DRINKER BIDDLE & REATH LLP**
>
> */s/ Nicholas Klinefeldt*
> Nicholas Klinefeldt, AT0008771
> David Yoshimura, AT0012422
> 801 Grand Avenue, 33rd Floor
> Des Moines, IA 50309
> Telephone: (515) 248-9000
> Fax: (515) 248-9010

Email:  *Nick.Klinefeldt@Faegredrinker.com*
          *David.Yoshimura@Faegredrinker.com*

*Attorneys for Defendants Des Moines Register and Tribune Company and Gannett Co., Inc.*

*\* Pro hac vice application forthcoming*

**Certificate of Service**

The undersigned certifies that a true copy of **Joint Motion for Extension of Selzer Defendants' Time to Respond to the Complaint** was served upon all parties of record through the court's CM/ECF electronic filing system on May 1, 2025.

*/s/ Greg H. Greubel*
