# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC., J. ANN SELZER, SELZER & COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Civil Case No. 4:25-cv-150-RGE-WPK<br><br><br><br>**NOTICE OF APPEARANCE OF MATTHEW A. MCGUIRE** |

COMES NOW Matthew A. McGuire of the firm Nyemaster Goode, P.C., of Des Moines, Iowa and hereby enters his Appearance as an Attorney on behalf of Defendants J. Ann Selzer and Selzer & Company in the above-captioned matter.

Dated: May 1, 2025

Respectfully Submitted,

/s/ *Matthew A. McGuire*                .
Matthew A. McGuire, Iowa Bar No. AT0011932
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
Phone: (515) 283-8014
Email: mmcguire@nyemaster.com

**ATTORNEY FOR DEFENDANTS
J. ANN SELZER AND SELZER &
COMPANY**