IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.<br><br>*Defendants*. | Case No. 4:25-cv-150<br><br>**NOTICE OF APPEARANCE OF DAVID YOSHIMURA** |

David Yoshimura of Faegre Drinker Biddle & Reath LLP hereby enters his appearance as counsel of record on behalf of Defendants Des Moines Register and Tribune Company and Gannett Co., Inc. and certifies that he is admitted to practice in this Court.

Dated: May 8, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ David Yoshimura*
David Yoshimura, AT0012422
*david.yoshimura@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

***ATTORNEY FOR DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.***

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of **Notice of Appearance of David Yoshimura** was served upon the attorney(s) of record for each party to the above-entitled cause through the Court's electronic filing system on May 8, 2025.

*/s/ Emily R. O'Brien*