**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>*Defendants*. | Case No. 4:25-cv-150<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GANNETT CO., INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(d) and 81(d), Defendant Gannett Co., Inc. states that it is a Delaware corporation with a principal place of business in New York for the purposes of diversity jurisdiction. Gannett Co., Inc. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: May 13, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas Klinefeldt*

Nicholas Klinefeldt
*nick.klinefeldt@faegredrinker.com*
David Yoshimura
*david.yoshimura@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS GANNETT CO., INC. AND DES MOINES REGISTER AND TRIBUNE COMPANY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of **Corporate Disclosure Statement of Gannett Co., Inc.** was served upon all parties of record through the Court's CM/ECF electronic filing system on May 13, 2025.

*/s/ Paulette Ohnemus*