**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>*Defendants*. | Case No. 4:25-cv-150<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT DES MOINES REGISTER AND TRIBUNE CO.** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1(d) and 81(d), Defendant Des Moines Register and Tribune Co. states that it is an Iowa corporation with a principal place of business in New York for the purposes of diversity jurisdiction. The Des Moines Register and Tribune Co. is an indirect wholly owned subsidiary of Gannett Co., Inc. and is not publicly traded.

Dated: May 13, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas Klinefeldt*
Nicholas Klinefeldt
*nick.klinefeldt@faegredrinker.com*
David Yoshimura
*david.yoshimura@faegredrinker.com*
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309-8003
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR DEFENDANTS GANNETT CO., INC. AND DES MOINES REGISTER AND TRIBUNE COMPANY**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of **Corporate Disclosure Statement of Des Moines Register and Tribune Company** was served upon all parties of record through the Court's CM/ECF electronic filing system on May 13, 2025.

*/s/ Paulette Ohnemus*