# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>                    Defendants. | Case No. 4:25-cv-00150-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S MOTION TO DISMISS UNDER RULE 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants J. Ann Selzer and Selzer & Company move under Federal Rule of Civil Procedure 12(b)(6) for dismissal of the Complaint because it fails to state a claim upon which relief can be granted. In support, Ms. Selzer and Selzer & Company rely on the accompanying Brief in Support. Pursuant to Local Rule 7(c), Ms. Selzer and Selzer & Company respectfully request oral argument on their motion in order to address the critical First Amendment principles at stake.

Defendants J. Ann Selzer and Selzer & Company respectfully request this Court dismiss Plaintiff's claims with prejudice.

Dated: May 19, 2025

                                              Respectfully Submitted,

                                              /s/ *Robert Corn-Revere*
                                              Robert Corn-Revere*†
                                                (DC Bar No. 375415)
                                              Conor T. Fitzpatrick*
                                                (Mich. Bar No. P78981)
                                              FOUNDATION FOR INDIVIDUAL
                                                RIGHTS AND EXPRESSION (FIRE)
                                              700 Pennsylvania Ave., SE; Suite 340
                                              Washington, D.C. 20003
                                              (215) 717-3473
                                              bob.corn-revere@thefire.org
                                              conor.fitzpatrick@thefire.org

Greg H. Greubel
   (Iowa Bar No. AT0015474)
Adam Steinbaugh*
   (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
   (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

* *Admitted pro hac vice.*
† *Lead counsel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on May 19, 2025.

/s/ *Robert Corn-Revere*