IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:25-cv-00150-RGE-WPK<br><br>MOTION TO REMAND<br>OR IN THE ALTERNATIVE<br>FOR JURISDICTIONAL DISCOVERY |

Pursuant to 28 U.S.C. 1447(c):

1. the Plaintiff moves for remand of this case to the Polk County, Iowa, district court, based on the Remover's failure to file a timely notice of removal (*see* 28 U.S.C. 1446(b)(1)).

2. In the alternative, the Plaintiff moves for limited jurisdictional discovery to determine whether this Court has jurisdiction under the Class Action Fairness Act, or whether the home state exception, local controversy exception, or interests of justice exception apply to this matter. 28 U.S.C. § 1332(d)(3)-(4).

3. Plaintiff has met-and-conferred with opposing counsel for Removant Gannett Co., who has indicated that they oppose this motion and alternative motion.

4. Plaintiff timely files this motion, as 28 U.S.C. 1447(c) requires action within 30 days of the notice of removal, which was filed on April 24, 2025.

| | |
|---|---|
| /s/ Robert Anderson<br>Robert R. Anderson<br>P.O. Box 4<br>Atlantic, Iowa 50022<br>(515) 382-1278<br>bobandersoniowan@gmail.com | /s/ Daniel R. Suhr<br>Daniel R. Suhr (pro hac vice)<br>Center for American Rights<br>727 N. LaSalle Street, Suite 210<br>Chicago, Illinois 60654<br>dsuhr@americanrights.org |