IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC., J. ANN SELZER, an individual, SELZER & COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Case No. 4:25-cv-00150-RGE-WPK<br><br>**DECLARATION OF NICHOLAS A. KLINEFELDT IN SUPPORT OF DES MOINES REGISTER & TRIBUNE CO. AND GANNETT CO., INC.'S RESISTANCE TO PLAINTIFF'S MOTION FOR REMAND** |

1. My name is Nicholas A. Klinefeldt. I am a Partner at the law firm of Faegre Drinker Biddle & Reath LLP. I am one of the attorneys representing Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. ("Press Defendants") in the above-captioned matter.

2. I make this Declaration in support of Press Defendants' Resistance to Plaintiff's Motion for Remand.

3. Attached as Exhibit 1 is a true and correct copy of email correspondence among counsel for the parties between January 8, 2025, and January 9, 2025.

4. Attached as Exhibit 2 is a true and correct copy of email correspondence among counsel for the parties between January 17, 2025, and January 22, 2025.

5. Attached as Exhibit 3 is a true and correct copy of email correspondence among counsel for the parties between January 17, 2025, and February 12, 2025.

6. Attached as Exhibit 4 is a true and correct copy of an email from Plaintiff's counsel to counsel for Defendants dated March 7, 2025.

7.      Attached as Exhibit 5 is a true and correct copy of email correspondence among counsel for the parties between March 28, 2025, and April 2, 2025.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed this 6th day of June in 2025.

*/s/ Nicholas A. Klinefeldt*
_____
Nicholas A. Klinefeldt, AT0008771