# EXHIBIT 1

Declaration of Nicholas A. Klinefeldt in
Support of Resistance to Plaintiff's Motion for Remand

| | |
|---|---|
| **From:** | Daniel Suhr |
| **To:** | Klinefeldt, Nicholas A.; Bob Corn-Revere |
| **Cc:** | conor.fitzpatrick@thefire.org; greg.greubel@thefire.org; Anderson, Andrew; Yoshimura, David; Bylund, Jacob D.; Quinn, Joe R.; bobandersoniowan@gmail.com |
| **Subject:** | Re: Service of Process in Donnelly v. Des Moines Register Co. et al |
| **Date:** | Thursday, January 9, 2025 6:12:53 PM |
| **Attachments:** | AMERICAN (DONNELLY)--ORIGINAL NOTICE ISSUED--05771_ CVCV068445_CVON_14216928 (1).pdf |

**This Message originated outside your organization.**

Thank you, Nick, I appreciate that. I attach an electronic copy of the notice from the court (summons) as well and will look forward to your response on the formalities.

**From:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>
**Sent:** Thursday, January 9, 2025 5:39 PM
**To:** Daniel Suhr <dsuhr@americanrights.org>; Bob Corn-Revere <bob.corn-revere@thefire.org>
**Cc:** conor.fitzpatrick@thefire.org <conor.fitzpatrick@thefire.org>; greg.greubel@thefire.org <greg.greubel@thefire.org>; Anderson, Andrew <andrew.anderson@faegredrinker.com>; Yoshimura, David <david.yoshimura@faegredrinker.com>; Bylund, Jacob D. <jacob.bylund@faegredrinker.com>; Quinn, Joe R. <joe.quinn@faegredrinker.com>; bobandersoniowan@gmail.com <bobandersoniowan@gmail.com>
**Subject:** RE: Service of Process in Donnelly v. Des Moines Register Co. et al

Daniel,

We plan to accept service on behalf of the Register and Gannett and will be back to you shortly concerning formalities. Likewise, we share everyone's desire to work cooperatively on a schedule.

Thank you.

Nick

**Nicholas A. Klinefeldt**
Partner
nick.klinefeldt@faegredrinker.com
Connect: vCard

+1 515 447 4717 direct / +1 515 321 3850 mobile

**Faegre Drinker Biddle & Reath** LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.

**From:** Daniel Suhr <dsuhr@americanrights.org>
**Sent:** Thursday, January 9, 2025 12:58 PM
**To:** Bob Corn-Revere <bob.corn-revere@thefire.org>
**Cc:** conor.fitzpatrick@thefire.org; greg.greubel@thefire.org; Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>; Anderson, Andrew <andrew.anderson@faegredrinker.com>; Yoshimura, David <david.yoshimura@faegredrinker.com>; Bylund, Jacob D. <jacob.bylund@faegredrinker.com>; Quinn, Joe R. <joe.quinn@faegredrinker.com>; bobandersoniowan@gmail.com
**Subject:** Re: Service of Process in Donnelly v. Des Moines Register Co. et al

**This Message originated outside your organization.**

Thank you for the kind and prompt reply, Bob. Yes, we see no need for an expedited schedule for an answer — obviously there's no motion for a TRO or preliminary injunction. So our usual posture is to be flexible on scheduling for responsive pleadings and any other briefing deadlines. Thanks - DANIEL

**From:** Bob Corn-Revere <bob.corn-revere@thefire.org>
**Sent:** Thursday, January 9, 2025 11:50 AM
**To:** Daniel Suhr <dsuhr@americanrights.org>
**Cc:** conor.fitzpatrick@thefire.org <conor.fitzpatrick@thefire.org>; greg.greubel@thefire.org <greg.greubel@thefire.org>; nick.klinefeldt@faegredrinker.com <nick.klinefeldt@faegredrinker.com>; andrew.anderson@faegredrinker.com <andrew.anderson@faegredrinker.com>; david.yoshimura@faegredrinker.com <david.yoshimura@faegredrinker.com>; jacob.bylund@faegredrinker.com <jacob.bylund@faegredrinker.com>; joseph.quinn@faegredrinker.com <joseph.quinn@faegredrinker.com>; bobandersoniowan@gmail.com <bobandersoniowan@gmail.com>
**Subject:** Re: Service of Process in Donnelly v. Des Moines Register Co. et al

Dear Mr. Suhr,

I am Chief Counsel for the Foundation for Individual Rights and Expression and can confirm that we represent J. Ann Selzer and Selzer & Company in the Donnelly matter.  We are in the process of conferring with our client about your questions and will respond promptly.  Assuming we consent to accepting service on our clients' behalf, I would expect to work cooperatively with you on a schedule for responsive pleadings.

Sincerely,

Bob Corn-Revere

Robert Corn-Revere, Chief Counsel

Foundation for Individual Rights and Expression
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C.  20003
bob.corn-revere@thefire.org
(215) 717-3473 Ext. 209


On Wed, Jan 8, 2025 at 12:55 PM Daniel Suhr <dsuhr@americanrights.org> wrote:

> Dear Counsel,
>
> Good morning. My name is Daniel Suhr, and along with my cocounsel Bob Anderson (cced above), I represent Dennis Donnelly in a suit against the Des Moines Register & Tribune Co., Dr. Ann Selzer, Selzer & Co., and Gannett Co. alleging various claims related to the November 2024 Iowa Poll. The lawsuit was filed yesterday in Polk County, Iowa, state court; a file-stamped copy of the petition is attached.
>
> You currently represent Dr. Selzer and Selzer & Co. (FIRE) and Gannett Co. (Faegre Drinker) in the separate case brought by President Trump currently pending in the Southern District of Iowa federal court. I am writing to ask if you will also represent your same clients in this new matter, and if so to see if you can waive or accept service on behalf of your clients, or alternatively to ask if there is a convenient manner for service of a summons. I am happy to confer by telephone now or at any point if that is easier.
>
> Gratefully,
> DANIEL
>
> Daniel R. Suhr
> Center for American Rights
> 1341 W. Fullerton Ave., Ste. 170
> Chicago, IL 60614
> *Licensed in Wisconsin*