# EXHIBIT 2

Declaration of Nicholas A. Klinefeldt in
Support of Resistance to Plaintiff's Motion for Remand

| | |
|---|---|
| **From:** | Klinefeldt, Nicholas A. |
| **To:** | Daniel Suhr; bobandersoniowan@gmail.com |
| **Cc:** | Yoshimura, David; grygielm@gtlaw.com; mcnameek@gtlaw.com; kleinsasserz@gtlaw.com; Bob Corn-Revere; conor.fitzpatrick@thefire.org; adam@thefire.org; greg.greubel@thefire.org |
| **Subject:** | RE: Donnelly v Register |
| **Date:** | Wednesday, January 22, 2025 3:18:53 PM |

I will send an invite now for Monday at 1:00PM CT.

Nick

**From:** Daniel Suhr <dsuhr@americanrights.org>
**Sent:** Tuesday, January 21, 2025 11:19 AM
**To:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>; bobandersoniowan@gmail.com
**Cc:** Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com; mcnameek@gtlaw.com; kleinsasserz@gtlaw.com; Bob Corn-Revere <bob.corn-revere@thefire.org>; conor.fitzpatrick@thefire.org; adam@thefire.org; greg.greubel@thefire.org
**Subject:** Re: Donnelly v Register

**This Message originated outside your organization.**

That makes sense to me. Given that you all have agreed to accept service on behalf of your clients, I am content to leave the particulars of scheduling responses to our call. Please let me know if anything pops in the interim; otherwise, my calendar for Monday the 27th is wide open. Thanks - DANIEL

**From:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>
**Sent:** Tuesday, January 21, 2025 11:09 AM
**To:** Daniel Suhr <dsuhr@americanrights.org>; bobandersoniowan@gmail.com <bobandersoniowan@gmail.com>
**Cc:** Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com <grygielm@gtlaw.com>; mcnameek@gtlaw.com <mcnameek@gtlaw.com>; kleinsasserz@gtlaw.com <kleinsasserz@gtlaw.com>; Bob Corn-Revere <bob.corn-revere@thefire.org>; conor.fitzpatrick@thefire.org <conor.fitzpatrick@thefire.org>; adam@thefire.org <adam@thefire.org>; greg.greubel@thefire.org <greg.greubel@thefire.org>
**Subject:** RE: Donnelly v Register

Daniel,

It is our understanding President Trump will likely be filing an Amended Complaint in his case by Friday. Given that, what about scheduling a call for Monday afternoon?

Nick

**From:** Daniel Suhr <dsuhr@americanrights.org>
**Sent:** Friday, January 17, 2025 10:35 AM
**To:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>; bobandersoniowan@gmail.com
**Cc:** Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com; mcnameek@gtlaw.com; kleinsasserz@gtlaw.com; Bob Corn-Revere <bob.corn-revere@thefire.org>; conor.fitzpatrick@thefire.org; adam@thefire.org; greg.greubel@thefire.org
**Subject:** Re: Donnelly v Register

**This Message originated outside your organization.**

Of course, Nick, we are happy to get on the phone at any time to discuss the case. I know next Monday is a federal holiday, so I want to respect that some folks may take that day off. I'm generally free Tuesday, Wednesday (before 3pm CT), Thursday, or Friday.

I see several new additions to our email list of counsel from Greenberg Traurig - welcome. Could you please clarify which parties they represent?

Thanks
DANIEL

**From:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>
**Sent:** Friday, January 17, 2025 10:19 AM
**To:** Daniel Suhr <dsuhr@americanrights.org>; bobandersoniowan@gmail.com <bobandersoniowan@gmail.com>
**Cc:** Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com <grygielm@gtlaw.com>; mcnameek@gtlaw.com <mcnameek@gtlaw.com>; kleinsasserz@gtlaw.com <kleinsasserz@gtlaw.com>; Bob Corn-Revere <bob.corn-revere@thefire.org>; conor.fitzpatrick@thefire.org <conor.fitzpatrick@thefire.org>; adam@thefire.org <adam@thefire.org>; greg.greubel@thefire.org <greg.greubel@thefire.org>
**Subject:** Donnelly v Register

Daniel/Bob,

We wanted to reach out and see if we can set up a call to discuss next steps. Please let us know.

Thanks.

Nick

**Nicholas A. Klinefeldt**

Partner
nick.klinefeldt@faegredrinker.com
Connect: vCard

+1 515 447 4717 direct / +1 515 321 3850 mobile

**Faegre Drinker Biddle & Reath** LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.