# EXHIBIT 3

Declaration of Nicholas A. Klinefeldt in
Support of Resistance to Plaintiff's Motion for Remand

| | |
|---|---|
| **From:** | Daniel Suhr |
| **To:** | Klinefeldt, Nicholas A.; Bob Corn-Revere |
| **Cc:** | bobandersoniowan@gmail.com; Yoshimura, David; grygielm@gtlaw.com; mcnameek@gtlaw.com; kleinsasserz@gtlaw.com; conor.fitzpatrick@thefire.org; adam@thefire.org; greg.greubel@thefire.org |
| **Subject:** | Re: Donnelly v Register |
| **Date:** | Wednesday, February 12, 2025 10:39:32 AM |

**This Message originated outside your organization.**

That works for me and Bob - see you soon!

**From:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>
**Sent:** Tuesday, February 11, 2025 4:50 PM
**To:** Daniel Suhr <dsuhr@americanrights.org>; Bob Corn-Revere <bob.corn-revere@thefire.org>
**Cc:** bobandersoniowan@gmail.com <bobandersoniowan@gmail.com>; Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com <grygielm@gtlaw.com>; mcnameek@gtlaw.com <mcnameek@gtlaw.com>; kleinsasserz@gtlaw.com <kleinsasserz@gtlaw.com>; conor.fitzpatrick@thefire.org <conor.fitzpatrick@thefire.org>; adam@thefire.org <adam@thefire.org>; greg.greubel@thefire.org <greg.greubel@thefire.org>
**Subject:** RE: Donnelly v Register

I will send out an invite for tomorrow at 11:00AM. Let me know if that does not work for anyone.

Nick

**From:** Daniel Suhr <dsuhr@americanrights.org>
**Sent:** Monday, February 10, 2025 3:29 PM
**To:** Bob Corn-Revere <bob.corn-revere@thefire.org>; Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>
**Cc:** bobandersoniowan@gmail.com; Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com; mcnameek@gtlaw.com; kleinsasserz@gtlaw.com; conor.fitzpatrick@thefire.org; adam@thefire.org; greg.greubel@thefire.org
**Subject:** Re: Donnelly v Register

**This Message originated outside your organization.**

Hi Team. Sorry today got away from me. I can be available at your convenience on Wednesday. Thanks - DANIEL

**From:** Bob Corn-Revere <bob.corn-revere@thefire.org>
**Sent:** Friday, February 7, 2025 1:41 PM
**To:** Nicholas A. Klinefeldt <nick.klinefeldt@faegredrinker.com>
**Cc:** Daniel Suhr <dsuhr@americanrights.org>; bobandersoniowan@gmail.com <bobandersoniowan@gmail.com>; David Yoshimura <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com <grygielm@gtlaw.com>; mcnameek@gtlaw.com <mcnameek@gtlaw.com>; kleinsasserz@gtlaw.com <kleinsasserz@gtlaw.com>; conor.fitzpatrick@thefire.org

<conor.fitzpatrick@thefire.org>; adam@thefire.org <adam@thefire.org>; greg.greubel@thefire.org <greg.greubel@thefire.org>; David Yoshimura <david.yoshimura@faegredrinker.com>
**Subject:** Re: Donnelly v Register

I can be available Monday or Wednesday.

Bob
Sent from my iPhone

> On Feb 7, 2025, at 1:39 PM, Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com> wrote:
>
> Daniel,
>
> I would suggest trying to set up a call next week to touch base. If you and others agree, please let me know your availability.
>
> Nick
>
> **From:** Klinefeldt, Nicholas A.
> **Sent:** Tuesday, January 21, 2025 11:09 AM
> **To:** Daniel Suhr <dsuhr@americanrights.org>; bobandersoniowan@gmail.com
> **Cc:** Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com; mcnameek@gtlaw.com; kleinsasserz@gtlaw.com; Bob Corn-Revere <bob.corn-revere@thefire.org>; conor.fitzpatrick@thefire.org; adam@thefire.org; greg.greubel@thefire.org
> **Subject:** RE: Donnelly v Register
>
> Daniel,
>
> It is our understanding President Trump will likely be filing an Amended Complaint in his case by Friday. Given that, what about scheduling a call for Monday afternoon?
>
> Nick
>
> **From:** Daniel Suhr <dsuhr@americanrights.org>
> **Sent:** Friday, January 17, 2025 10:35 AM
> **To:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>; bobandersoniowan@gmail.com
> **Cc:** Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com; mcnameek@gtlaw.com; kleinsasserz@gtlaw.com; Bob Corn-Revere <bob.corn-revere@thefire.org>; conor.fitzpatrick@thefire.org; adam@thefire.org;

greg.greubel@thefire.org

**Subject:** Re: Donnelly v Register

**This Message originated outside your organization.**

---

Of course, Nick, we are happy to get on the phone at any time to discuss the case. I know next Monday is a federal holiday, so I want to respect that some folks may take that day off. I'm generally free Tuesday, Wednesday (before 3pm CT), Thursday, or Friday.

I see several new additions to our email list of counsel from Greenberg Traurig - welcome. Could you please clarify which parties they represent?

Thanks
DANIEL

---

**From:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>
**Sent:** Friday, January 17, 2025 10:19 AM
**To:** Daniel Suhr <dsuhr@americanrights.org>; bobandersoniowan@gmail.com <bobandersoniowan@gmail.com>
**Cc:** Yoshimura, David <david.yoshimura@faegredrinker.com>; grygielm@gtlaw.com <grygielm@gtlaw.com>; mcnameek@gtlaw.com <mcnameek@gtlaw.com>; kleinsasserz@gtlaw.com <kleinsasserz@gtlaw.com>; Bob Corn-Revere <bob.corn-revere@thefire.org>; conor.fitzpatrick@thefire.org <conor.fitzpatrick@thefire.org>; adam@thefire.org <adam@thefire.org>; greg.greubel@thefire.org <greg.greubel@thefire.org>
**Subject:** Donnelly v Register

Daniel/Bob,

We wanted to reach out and see if we can set up a call to discuss next steps. Please let us know.

Thanks.

Nick

**Nicholas A. Klinefeldt**
Partner
nick.klinefeldt@faegredrinker.com
Connect: vCard

+1 515 447 4717 direct / +1 515 321 3850 mobile

**Faegre Drinker Biddle & Reath LLP**

801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309, USA

This message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message and any attachments.