# EXHIBIT 4

Declaration of Nicholas A. Klinefeldt in
Support of Resistance to Plaintiff's Motion for Remand

| From: | Daniel Suhr |
|---|---|
| To: | Klinefeldt, Nicholas A.; Bob Corn-Revere |
| Cc: | bobandersoniowan@gmail.com |
| Subject: | IA DOJ Approval |
| Date: | Friday, March 7, 2025 2:15:34 PM |

**This Message originated outside your organization.**

Dear Nick and Bob,

I write just to let you know that we received this week permission from the Iowa Attorney General to proceed as a class action regarding our consumer protection claim in the Gannett case. Next time we can talk, we can add that to our agenda to figure out what schedule makes sense for all parties.

Thanks and have a great weekend,
DANIEL