# EXHIBIT 5

Declaration of Nicholas A. Klinefeldt in
Support of Resistance to Plaintiff's Motion for Remand

| | |
|---|---|
| **From:** | Daniel Suhr |
| **To:** | Bob Corn-Revere; Klinefeldt, Nicholas A. |
| **Subject:** | Re: Activity in Case 4:24-cv-00449-RGE-WPK Trump et al v. Selzer et al Order on Motion for Extension of Time to File |
| **Date:** | Wednesday, April 2, 2025 5:34:55 PM |

**This Message originated outside your organization.**

Ok, excellent. I saw Gannett's opposition to the President's request to remand was filed yesterday. I imagine they get a reply and then you'll wait on a hearing and order? So hopefully 45 days should be sufficient for resolution, we'll see. Thanks - DANIEL

**From:** Bob Corn-Revere <bob.corn-revere@thefire.org>
**Sent:** Wednesday, April 2, 2025 12:53 PM
**To:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>
**Cc:** Daniel Suhr <dsuhr@americanrights.org>
**Subject:** Re: Activity in Case 4:24-cv-00449-RGE-WPK Trump et al v. Selzer et al Order on Motion for Extension of Time to File

Daniel--

And we will do the same on behalf of Ann Selzer and Selzer & Co.

Bob

On Wed, Apr 2, 2025 at 1:50 PM Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com> wrote:
> Daniel,
>
> We appreciate it and would like to get the extra 45 days. We will get our appearances and acceptances of service on file for the Register and Gannett.
>
> Thank you.
>
> Nick
>
> **From:** Daniel Suhr <dsuhr@americanrights.org>
> **Sent:** Friday, March 28, 2025 9:06 PM
> **To:** Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>; Bob Corn-Revere <bob.corn-revere@thefire.org>
> **Subject:** Fw: Activity in Case 4:24-cv-00449-RGE-WPK Trump et al v. Selzer et al Order on Motion for Extension of Time to File
>
> **This Message originated outside your organization.**
>
> Dear Nick & Bob - As you may recall, the 90-day deadline on service in the Iowa state court case runs on April 5. I would suggest that we file the stipulation of service, and

then file a joint stipulation to add 30 or 45 days to the 20 provided by Rule 1.303(1) to answer or move in response so you can see whether the Trump case is remanded and related/consolidated. Thoughts? Thanks - DANIEL

---------- Forwarded message ---------
From: <cmecf_iasd@iasd.uscourts.gov>
Date: Fri, Mar 28, 2025 at 3:08 PM
Subject: Activity in Case 4:24-cv-00449-RGE-WPK Trump et al v. Selzer et al Order on Motion for Extension of Time to File
To: <Courtmail@iasd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Southern District of Iowa

### Notice of Electronic Filing

The following transaction was entered on 3/28/2025 at 3:06 PM CDT and filed on 3/28/2025

**Case Name:**      Trump et al v. Selzer et al
**Case Number:**    4:24-cv-00449-RGE-WPK
**Filer:**
**Document Number:**   42

**Docket Text:**
**TEXT ORDER granting [41] Consent Motion for Extension of Deadlines for Initial Motion Practice. Plaintiffs may file oppositions to the Motions to Dismiss and Defendants may file an opposition to the Motion to Remand and Motion for Attorney Fees on or before 4/1/2025. Plaintiffs may file a reply in support of their Motion to Remand and Motion for Attorney Fees and Defendants may file replies in support of their Motions to Dismiss on or before 4/15/2025. If the Court denies the Motion to Remand, the parties will submit a proposed Rule 16(b) and Rule 26(f) scheduling order and discovery plan within 30 days of such denial of the Motion to Remand. Signed by Magistrate Judge William P. Kelly on 3/28/2025. (rls)**

**4:24-cv-00449-RGE-WPK Notice has been electronically mailed to:**

Edward A. Paltzik     ecf@bochner.law, 3445884420@filings.docketbird.com, edward@bochner.law

Joseph R. Quinn      joseph.quinn@faegredrinker.com

Daniel Robert Suhr    danielsuhrncjl@gmail.com

Greg Harold Greubel    greg.greubel@thefire.org

Alan R. Ostergren    alan.ostergren@ostergrenlaw.com

Nick Klinefeldt    paulette.ohnemus@faegredrinker.com, nick.klinefeldt@faegredrinker.com

Jacob D. Bylund    jacob.bylund@faegredrinker.com, anne.larkin@faegredrinker.com

Adam Steinbaugh    adam@thefire.org

David Yoshimura    paulette.ohnemus@faegredrinker.com, david.yoshimura@faegredrinker.com

Conor T. Fitzpatrick    conor.fitzpatrick@thefire.org

Matthew A. McGuire    jbooker@nyemaster.com, mmcguire@nyemaster.com

Andrew R Anderson    andrew.anderson@faegredrinker.com, sherry.nelson@faegredrinker.com

Robert Corn-Revere    bob.corn-revere@thefire.org, docket@thefire.org

Robert Richard Anderson    bobandersoniowan@gmail.com

**4:24-cv-00449-RGE-WPK Notice has been delivered by other means to:**