IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC., J. ANN SELZER, an individual, SELZER & COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Case No. 4:25-cv-00150-RGE-WPK<br><br>**DECLARATION OF HELEN TRASK IN SUPPORT OF DES MOINES REGISTER & TRIBUNE CO. AND GANNETT CO., INC.'S RESISTANCE TO PLAINTIFF'S MOTION FOR REMAND** |

1. My name is Helen Trask. I am the Senior Vice President of Consumer Revenue and Transformation for Gannett Co., Inc. ("Gannett").

2. I make this Declaration in support of Des Moines Register & Tribune Co. and Gannett's Resistance to Plaintiff's Motion for Remand in the above-captioned matter.

3. Through my role as Senior Vice President of Consumer Revenue and Transformation, I have access to data regarding the mailing and/or billing addresses provided by subscribers to *The Des Moines Register* ("*The Register*") when those subscribers initiated their subscriptions.

4. On November 3, 2025, *The Register* had subscribers with mailing or billing addresses in all 50 states.

I declare under penalty of perjury that everything I have stated in this document is true and correct.

Executed this 4th day of June in 2025.

_____
Helen Trask