# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>　　　　　Defendants. | Civil Case No. 4:25-cv-00150-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S MOTION TO DISMISS AMENDED COMPLAINT UNDER RULE 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants J. Ann Selzer and Selzer & Company move under Federal Rule of Civil Procedure 12(b)(6) for dismissal of the Amended Complaint because it fails to state a claim upon which relief can be granted. In support, Ms. Selzer and Selzer & Company rely on the Brief in Support filed as an attachment to the Local Rule 7(h) motion for leave to file an over-length brief. Pursuant to Local Rule 7(c), Ms. Selzer and Selzer & Company respectfully request oral argument on their motion in order to address the critical First Amendment and other legal principles at stake.

Defendants J. Ann Selzer and Selzer & Company respectfully request this Court dismiss Plaintiff's claims with prejudice.

Dated: June 16, 2025

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Robert Corn-Revere*
　　　　　　　　　　　　　　　　　　　Robert Corn-Revere*†
　　　　　　　　　　　　　　　　　　　　(DC Bar No. 375415)
　　　　　　　　　　　　　　　　　　　Conor T. Fitzpatrick*
　　　　　　　　　　　　　　　　　　　　(Mich. Bar No. P78981)
　　　　　　　　　　　　　　　　　　　FOUNDATION FOR INDIVIDUAL
　　　　　　　　　　　　　　　　　　　　RIGHTS AND EXPRESSION (FIRE)
　　　　　　　　　　　　　　　　　　　700 Pennsylvania Ave., SE; Suite 340
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20003
　　　　　　　　　　　　　　　　　　　(215) 717-3473
　　　　　　　　　　　　　　　　　　　bob.corn-revere@thefire.org

conor.fitzpatrick@thefire.org

Greg H. Greubel
   (Iowa Bar No. AT0015474)
Adam Steinbaugh*
   (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
   (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

\* *Admitted pro hac vice.*
† *Lead counsel*

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on June 16, 2025.

/s/ *Robert Corn-Revere*