IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC., J. ANN SELZER, an individual, SELZER & COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Case No. 4:25-cv-150-RGE-WPK<br><br>**DES MOINES REGISTER & TRIBUNE CO. AND GANNETT CO., INC.'S MOTION TO DISMISS**<br><br>**ORAL ARGUMENT REQUESTED** |

Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. (collectively "Press Defendants"), by and through their undersigned counsel, move to dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). In support of this Motion, Press Defendants submit their Brief in Support, contemporaneously filed herewith and appended as an attachment to Press Defendants' Motion for Leave to File Overlength Brief.

For the reasons stated in Press Defendants' Brief in Support of their Motion to Dismiss, the Court should dismiss the Amended Complaint with prejudice.

Press Defendants respectfully request the opportunity to be heard at oral argument on this Motion.

**WHEREFORE**, Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. respectfully request that this Court dismiss Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

2

Dated June 16, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
*david.yoshimura@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.**

## **CERTIFICATE OF SERVICE**

      I certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties participating in the Court's electronic filing system.

                                                                           */s/ Paulette Ohnemus*