IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC., J. ANN SELZER, an individual, SELZER & COMPANY, and GANNETT CO., INC.,<br><br>    *Defendants*. | Case No. 4:25-cv-150-RGE-WPK<br><br>**DES MOINES REGISTER & TRIBUNE CO. AND GANNETT CO., INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS** |

Defendants Des Moines Register & Tribune Co. and Gannett Co., Inc. (collectively "Press Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7(h), respectfully request leave to file a Brief in support of their Motion to Dismiss in excess of the twenty-page limit set forth in the Local Rules. Press Defendants have conferred with the Parties, and no Party opposes this Motion. In support of this Motion, Press Defendants state as follows:

1.    The Amended Complaint, which is brought by Plaintiff on behalf of a putative class against four Defendants, spans 218 paragraphs across 40 pages and contains claims for violation of the Iowa Consumer Fraud Act, fraudulent misrepresentation, negligent misrepresentation, professional malpractice, interference with the right to vote, and civil conspiracy. (ECF No. 22.) Plaintiff's claims also implicate important First Amendment principles.

2.    Local Rule 7(h) provides that the maximum length of a brief is twenty pages unless the Court grants leave to file an overlength brief.

1

3.      In light of the numerous parties involved and the complexity and importance of the issues raised by the Amended Complaint and in the Motion to Dismiss, Press Defendants require additional pages to fully develop the legal arguments.

4.      Good cause thus exists for Press Defendants to file an overlength Brief in support of their Motion to Dismiss.

5.      Press Defendants respectfully submit that the interests of justice will be served by permitting the filing of this overlength Brief and that no party will be prejudiced by granting this Motion.

6.      Press Defendants therefore respectfully seek leave of the Court to file an overlength Brief in support of their Motion to Dismiss.

7.      Counsel for Press Defendants have conferred with counsel for Plaintiff, and counsel for Plaintiff does not oppose this request.

8.      In accordance with Local Rule 7(h), Press Defendants have attached their proposed Brief as "**Exhibit A**."

**WHEREFORE**, for the foregoing reasons, Press Defendants respectfully request that this Court enter an Order granting them leave to file an overlength Brief in support of their Motion to Dismiss, and that the Clerk of Court detach, file, and docket the attached document.

Dated June 16, 2025

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
       *david.yoshimura@faegredrinker.com*

**ATTORNEYS FOR DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.**

## CERTIFICATE OF SERVICE

I certify that on June 16, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties participating in the Court's electronic filing system.


/s/ Paulette Ohnemus