# Exhibit E

THE DES MOINES REGISTER/MEDIACOM IOWA POLL

Study #2287                                                                                                                SELZER & COMPANY
808 Iowa likely voters in the 2024 general election                                                          October 28-31, 2024
Margin of error: ±3.4 percentage points          **1,038 contacts weighted by age, sex, and congressional district**

**Percentages may not add to 100% due to rounding.**

How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting or by absentee ballot? **(Based on general population contacts.)**

|  |  | Already voted + Definitely vote | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|---|---|
| n=1038 | **Oct-24** | **81** | **26** | **55** | **7** | **4** | **7** | **1** |
| n=811 | Sep-24 | 81 | n/a | 81 | 9 | 5 | 4 | 1 |
| n=806 | Jun-24 | 76 | n/a | 76 | 11 | 5 | 7 | - |
| n=804 | Feb-24 | 75 | n/a | 75 | 13 | 4 | 8 | - |
| n=805 | Mar-23 | 77 | n/a | 77 | 12 | 5 | 4 | 1 |
| n=810 | Nov-21 | 79 | n/a | 79 | 12 | 4 | 4 | - |

How likely is it you will vote in the November general election for president and other offices—will you definitely vote, probably vote, might or might not vote, or probably not vote, or have you already cast a ballot in early voting? **(Based on likely voters in the 2024 general election.)**

|  | Already voted | Definitely vote | Probably vote | Might or might not vote | Probably not vote | Refused/ Not sure |
|---|---|---|---|---|---|---|
| **Oct-24** | **32** | **68** | - | - | - | - |
| Oct-20 | 51 | 49 | - | - | - | - |
| Nov-16 | 34 | 66 | - | - | - | - |
| Nov-12 | 42 | 58 | - | - | - | - |
| Oct-08 | 28 | 72 | - | - | - | - |

**(If already voted, ask:)** In the election for president, for whom did you vote—[Kamala Harris for the Democrats], [Donald Trump for the Republicans], [Robert F. Kennedy, Jr. for We the People], [Chase Oliver for the Libertarians], or someone else?  **(Rotate candidate names.)**  **(If already voted and not sure, ask:)** Do you just not want to tell, or do you not remember? **(Then code "Mind is made up" and skip to Q.3.)**

**(If definitely vote, ask:)**  If the election for president were held today and the candidates were [Kamala Harris for the Democrats], [Donald Trump for the Republicans], [Robert F. Kennedy, Jr. for We the People], and [Chase Oliver for the Libertarians], for whom would you vote—[Kamala Harris], [Donald Trump], [Robert F. Kennedy, Jr.], [Chase Oliver], for someone else, or would you not vote?  **(Rotate candidate names.)**
**(If definite voter names a candidate, skip leaning question and ask if mind is made up.**
**If definite voter doesn't name a candidate, continue to leaning question.)**

**(Ask only of definite voters who do not name a candidate):**  Toward which candidate would you say you are leaning, or support the most?  **(If respondent names a candidate, code as "Could be persuaded" and do not ask.)**

|  | Q.2a Choice | Q.2b Leaning | Total |
|---|---|---|---|
| Kamala Harris | 46 | 1 | **47** |
| Donald Trump | 43 | 1 | **44** |
| Robert F. Kennedy, Jr. | 2 | 1 | **3** |
| Chase Oliver | - | - | - |
| Someone else | 1 | - | 1 |
| Would not vote | 1 | - | - |
| Not sure/do not remember | 4 | 2 | 3 |
| Don't want to tell (Already voted only) | 2 | n/a | 2 |

**Based on likely voters in the 2024 general election. Question language differed slightly in past polls.**

|  | Sample size | Margin of error | Kamala Harris | Donald Trump | Robert F. Kennedy, Jr. | Chase Oliver | Someone else | Would not vote | Not sure |
|---|---|---|---|---|---|---|---|---|---|
| Sep-24 | n=656 | ±3.8% pts. | 43 | 47 | 6 | 1 | 1 | - | 1 |

**Based on likely voters in the 2024 general election, with Biden as the Democratic candidate.**

|  | Sample size | Margin of error | Joe Biden | Donald Trump | Robert F. Kennedy, Jr. | Chase Oliver | Someone else | Would not vote | Not sure |
|---|---|---|---|---|---|---|---|---|---|
| Jun-24 | n=632 | ±3.9% pts. | 32 | 50 | 9 | 2 | 3 | 1 | 3 |

Would you say your mind is made up to support that candidate, or could you still be persuaded to support a different candidate? **(Based on likely voters in the 2024 general election.)**

|  | Presidential race | Sample size | Margin of error | Mind is made up | Could be persuaded | Not sure | No preferred candidate |
|---|---|---|---|---|---|---|---|
| Oct-24 | All | n=808 | ±3.4% pts. | 91 | 7 | - | 2 |
| Sep-24 | All | n=656 | ±3.8% pts. | 80 | 18 | - | 2 |
| Jun-24 | All | n=632 | ±3.9% pts. | 67 | 29 | - | 3 |
| Oct-24 | Harris supporters | n=378 | ±5.0% pts. | 96 | 4 | - | n/a |
| Sep-24 | Harris supporters | n=277 | ±5.9% pts. | 89 | 11 | - | n/a |
| Jun-24 | Biden supporters | n=231 | ±6.5% pts. | 81 | 19 | - | n/a |
| Oct-24 | Trump supporters | n=358 | ±5.2% pts. | 95 | 4 | - | n/a |
| Sep-24 | Trump supporters | n=315 | ±5.5% pts. | 84 | 16 | - | n/a |
| Jun-24 | Trump supporters | n=307 | ±5.6% pts. | 76 | 24 | - | n/a |

How would you describe your level of enthusiasm for your preferred candidate–are you extremely enthusiastic, very enthusiastic, mildly enthusiastic, or not that enthusiastic? **(Based on likely voters in the 2024 general election.)**

|  | Presidential race | Sample size | Margin of error | Extremely+ Very Enthusiastic | Mildly+ Not that Enthusiastic | Extremely Enthusiastic | Very Enthusiastic | Mildly Enthusiastic | Not that Enthusiastic | Not Sure | No preferred candidate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-24 | All | n=808 | ±3.4% pts. | 68 | 29 | 36 | 32 | 20 | 9 | 1 | 2 |
| Sep-24* | All | n=656 | ±3.8% pts. | 71 | 27 | 31 | 40 | 22 | 5 | - | 2 |
| Oct-24 | Harris | n=378 | ±5.0% pts. | 71 | 29 | 37 | 34 | 21 | 8 | - | n/a |
| Sep-24* | Harris | n=277 | ±5.9% pts. | 80 | 20 | 34 | 46 | 18 | 2 | - | n/a |
| Oct-24 | Trump | n=358 | ±5.2% pts. | 76 | 23 | 40 | 35 | 16 | 7 | 1 | n/a |
| Sep-24* | Trump | n=315 | ±5.5% pts. | 74 | 26 | 33 | 40 | 22 | 4 | - | n/a |

*Sep-24 wording: How would you describe your level of enthusiasm for your first-choice candidate [name]–are you extremely enthusiastic, very enthusiastic, mildly enthusiastic, or not that enthusiastic?

Which ONE of the following have you been thinking about most in your decision to support [KAMALA HARRIS/ DONALD TRUMP]? **(Fill in name of preferred candidate. Read list. Rotate. Based on 2024 likely voters who support Harris or Trump.)**

|  | Presidential race | Sample size | Margin of error | Abortion | Immigration | Inflation and the economy | Making sure my preferred party is in the White House | The future of democracy | American assistance to countries at war, such as Israel and Ukraine | Other (VOL) | Not sure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-24 | Harris | n=378 | ±5.0% pts. | 22 | 2 | 7 | 9 | 51 | 3 | 4 | 2 |
| Oct-24 | Trump | n=358 | ±5.2% pts. | 4 | 25 | 49 | 2 | 11 | 3 | 4 | 1 |

**(If already voted, ask:)** In the election for the U.S. House of Representatives, for whom did you vote in your congressional district: The [DEMOCRATIC] candidate, the [REPUBLICAN] candidate, or for someone else? **(Rotate party names.) (If already voted and not sure, ask:)** Do you just not want to tell, or do you not remember?

**(If definite voter, ask:)** If the elections for the U.S. House of Representatives were being held today, which party's candidate would you vote for in your congressional district: The [DEMOCRATIC] candidate, the [REPUBLICAN] candidate, or for someone else, or would you not vote? **(If not sure, ask:)** Which way are you leaning—toward the [REPUBLICAN] candidate or the [DEMOCRATIC] candidate? **(Rotate which party is asked first.)**

|     |        | Sample size | Margin of error | Democratic candidate (with leaners) | Republican candidate (with leaners) | Other (VOL) | Wouldn't vote | Not sure/Don't remember | Don't want to tell (Already voted only) |
|-----|--------|-------------|-----------------|-------------------------------------|-------------------------------------|-------------|---------------|-------------------------|------------------------------------------|
|     | Oct-24 | n=808 | ±3.4% pts | 45 | 44 | 3 | 3 | 4 | 2 |
|     | Sep-24 | n=656 | ±3.8% pts | 44 | 52 | - | n/a | 4 | n/a |
|     | Jun-24 | n=632 | ±3.9% pts | 38 | 56 | 1 | n/a | 5 | n/a |
|     | Feb-24 | n=640 | ±3.9% pts | 37 | 54 | 2 | n/a | 6 | n/a |
| CD1 | Oct-24 | n=242 | ±6.3% pts | 53 | 37 | 3 | 2 | 3 | 2 |
|     | Sep-24 | n=189 | ±7.1% pts | 49 | 46 | - | n/a | 5 | n/a |
|     | Jun-24 | n=179 | ±7.3% pts | 41 | 53 | - | n/a | 6 | n/a |
|     | Feb-24 | n=168 | ±7.6% pts | 49 | 45 | 1 | n/a | 5 | n/a |
| CD2 | Oct-24 | n=187 | ±7.2% pts | 42 | 45 | 5 | 3 | 5 | 1 |
|     | Sep-24 | n=164 | ±7.7% pts | 44 | 52 | 1 | n/a | 4 | n/a |
|     | Jun-24 | n=148 | ±8.1% pts | 36 | 57 | 4 | n/a | 3 | n/a |
|     | Feb-24 | n=151 | ±8.0% pts | 33 | 61 | 2 | n/a | 4 | n/a |
| CD3 | Oct-24 | n=194 | ±7.1% pts | 48 | 41 | 2 | 4 | 3 | 2 |
|     | Sep-24 | n=150 | ±8.0% pts | 44 | 52 | - | n/a | 4 | n/a |
|     | Jun-24 | n=149 | ±8.1% pts | 40 | 55 | - | n/a | 5 | n/a |
|     | Feb-24 | n=155 | ±7.9% pts | 44 | 47 | 3 | n/a | 6 | n/a |
| CD4 | Oct-24 | n=185 | ±7.2% pts | 37 | 53 | 2 | 3 | 4 | 2 |
|     | Sep-24 | n=153 | ±7.9% pts | 38 | 57 | - | n/a | 5 | n/a |
|     | Jun-24 | n=156 | ±7.9% pts | 35 | 60 | 1 | n/a | 5 | n/a |
|     | Feb-24 | n=166 | ±7.6% pts | 24 | 63 | 2 | n/a | 11 | n/a |

**Was there ever a time you supported Donald Trump? (Based only on 2024 likely voters who do not support Trump; n=450. MoE: ±4.6% pts.)**

|  | Yes | No | Not sure |
|---|---|---|---|
| **Oct-24** | 16 | 81 | 3 |

**Do you consider yourself a never-Trumper, or not? (Based only on 2024 likely voters who do not support Trump; n=450. MoE: ±4.6% pts**

|  | Yes | No | Not sure |
|---|---|---|---|
| **Oct-24** | 67 | 26 | 8 |

Compared to:

Study #2286 — September 8-11, 2024
811 Iowa adults,
    including 656 likely voters in the 2024 general election
Margin of error: ± 3.4 percentage points for all Iowa adults
    Margin of error: ± 3.8 percentage points for likely voters
**Weighted by age, sex, and congressional district**

Study #2284 — June 9-14, 2024
806 Iowa adults,
    including 632 likely voters in the 2024 general election
Margin of error: ± 3.5 percentage points for all Iowa adults
    Margin of error: ± 3.9 percentage points for likely voters
**Weighted by age, sex, and congressional district**

Study #2282 — February 25-28, 2024
804 Iowa adults,
    including 640 likely voters in the 2024 general election
Margin of error: ± 3.5 percentage points for all Iowa adults
    Margin of error: ± 3.9 percentage points for likely voters
**Weighted by age, sex, and congressional district**

Study #2267 — March 5-8, 2023
805 Iowa adults,
    including 643 likely voters in the 2024 general election
Margin of error: ± 3.5 percentage points for all Iowa adults
    Margin of error: ± 3.9 percentage points for likely voters
**Weighted by age, sex, and congressional district**

Study #2248 — November 7-10, 2021
810 Iowa adults,
    including 658 likely voters in the 2024 general election
Margin of error: ± 3.4 percentage points
    Margin of error: ± 3.8 percentage points for likely voters
**Weighted by age, sex, and congressional district**

### About the Poll

The Iowa Poll, conducted October 28-31, 2024, for *The Des Moines Register* and Mediacom by Selzer & Co. of Des Moines, is based on telephone interviews with 808 Iowans ages 18 or older who say they will definitely vote or have already voted in the 2024 general election for president and other offices.

Interviewers with Quantel Research contacted 1,038 Iowa adults with randomly selected landline and cell phone numbers supplied by Dynata. Interviews were administered in English. Responses were adjusted by age, sex, and congressional district to reflect the general population based on recent census data.

Questions based on the sample of 808 Iowa likely voters have a maximum margin of error of plus or minus 3.4

percentage points. This means that if this survey were repeated using the same questions and the same methodology, 19 times out of 20, the findings would not vary from the true population value by more than plus or minus 3.4 percentage points. Results based on smaller samples of respondents—such as by gender or age—have a larger margin of error.

Republishing the copyright Iowa Poll without credit and, on digital platforms, links to originating content on *The Des Moines Register* and Mediacom is prohibited.