IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

DENNIS DONNELLY, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,

    Defendants.

Case No. 4:25-cv-00150-RGE-WPK

**PLAINTIFF'S MOTION TO FILE OVERSIZED BRIEF**

1. In response to the Plaintiff's First Amended Complaint, both sets of Defendants have filed Motions to Dismiss, with oversized memoranda in support of those motions.

2. The Court has granted permission to file these overlength briefs to Defendants. See, e.g., ECF 28, 31.

3. The Plaintiff now seeks this Court's permission to file a single, consolidated oversized brief in response to both Defendants' memoranda, as their arguments are largely overlapping, such that a single brief responds most efficiently.

4. The Plaintiff has asked Defendants' consent for this motion, and no defendant expressed an objection.

5. Wherefore, Plaintiff respectfully moves this Court to waive Local Rule 7(h) and permit the Plaintiff to file his brief, attached as Exhibit 1.

Respectfully submitted,

/s/ Bob Anderson
Robert R. Anderson
P.O. Box 4
Atlantic, Iowa 50022
(515) 382-1278
bobandersoniowan@gmail.com

/s/ Daniel R. Suhr
Daniel R. Suhr (pro hac vice)
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, Illinois 60614
dsuhr@americanrights.org

June 27, 2025