# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>J. ANN SELZER, SELZER & COMPANY, DES MOINES REGISTER AND TRIBUNE COMPANY, and GANNETT CO., INC.,<br><br>*Defendants*. | Civil Case No. 4:25-cv-00150-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S UNRESISTED MOTION FOR LEAVE TO FILE OVER-LENGTH REPLY TO PLAINTIFF'S CONSOLIDATED RESPONSE BRIEF IN OPPOSITION TO THE MOTIONS TO DISMISS** |

Pursuant to Local Rule 7(h), Defendants J. Ann Selzer and Selzer & Company move, unopposed, for leave to file a 19-page Reply to Plaintiff's Consolidated Response Brief in Opposition to the Motions to Dismiss (the "Opposition Brief") (ECF No. 36). Plaintiff's Amended Complaint and his Opposition Brief raise important issues under the First Amendment and involves novel theories of tort law. This Court granted Plaintiff leave to file an overlength, 39-page consolidated opposition brief to the Defendants' two briefs in support of their motions to dismiss. (ECF No. 35). To fully address Plaintiff's statutory and common law claims, J. Ann Selzer and Selzer & Company respectfully request leave to file a reply brief exceeding the five-page limit allotted by Local Rule 7(g). Pursuant to Local Rule 7(k), the undersigned counsel confirms he conferred with counsel for all other parties, and they do not oppose this request.

Dated: July 7, 2025

Respectfully Submitted,

/s/ *Robert Corn-Revere*
Robert Corn-Revere*†
   (DC Bar No. 375415)
Conor T. Fitzpatrick*

1

(Mich. Bar No. P78981)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
   (Iowa Bar No. AT0015474)
Adam Steinbaugh*
   (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
  RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
   (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

*\* Admitted pro hac vice.*
*† Lead counsel*

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on July 7, 2025.

/s/ *Robert Corn-Revere*