IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC., J. ANN SELZER, an individual, SELZER & COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:25-cv-150-RGE-WPK<br><br>**PRESS DEFENDANTS DES MOINES REGISTER & TRIBUNE CO. AND GANNETT CO., INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS** |

Defendants Des Moines Register and Tribune Co. and Gannett Co., Inc. (collectively, "Press Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7(h), respectfully request leave to file a Reply Brief in support of their Motion to Dismiss in excess of the five-page limit set forth in the Local Rules. In support of this Motion, Press Defendants state as follows:

1. The Amended Complaint, which is brought by Plaintiff on behalf of a putative class against four Defendants, spans 218 paragraphs across 40 pages and contains claims for violation of the Iowa Consumer Fraud Act, fraudulent misrepresentation, negligent misrepresentation, professional malpractice, interference with the right to vote, and civil conspiracy. (ECF No. 22.) Plaintiff's claims also implicate important First Amendment principles. (*See id.*)

2. Plaintiff was granted leave to file an overlength brief in support of his Consolidated Response Brief in Opposition to the Motions to Dismiss in excess of the 20-page limitation set forth in Local Rule 7(h). (ECF No. 35.)

3. Plaintiff's Consolidated Response Brief in Opposition to the Motions to Dismiss spans 44 pages and introduces new factual allegations and arguments. (ECF No. 36.)

4. Local Rule 7(g) provides that the maximum length of a Reply Brief is five pages unless leave is granted to file an overlength brief in accordance with Local Rule 7(h).

5. In light of the parties involved and the complexity and importance of the issues raised by the Amended Complaint and in the Motion to Dismiss and Opposition thereto, Press Defendants require additional pages to fully develop the responsive legal arguments.

6. Good cause thus exists for Press Defendants to file an overlength Reply Brief in support of their Motion to Dismiss.

7. Press Defendants respectfully submit that the interests of justice will be served by permitting the filing of this overlength Reply Brief and that no party will be prejudiced by granting this Motion.

8. Press Defendants therefore respectfully seek leave of this Court to file an overlength Reply Brief in support of their Motion to Dismiss.

9. Counsel for Press Defendants have conferred with counsel for Plaintiff, and counsel for Plaintiff does not oppose this request.

10. In accordance with Local Rule 7(h), Press Defendants have attached their proposed Reply Brief hereto.

**WHEREFORE**, Press Defendants respectfully request that this Court enter an Order granting them leave to file an overlength Reply Brief in support of their Motion to Dismiss, and that the Clerk of Court detach, file, and docket the attached document.

Dated July 7, 2025                                  **FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nick Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
         *david.yoshimura@faegredrinker.com*

**ATTORNEYS FOR PRESS DEFENDANTS DES MOINES REGISTER AND TRIBUNE COMPANY AND GANNETT CO., INC.**

**CERTIFICATE OF SERVICE**

I certify that on July 7, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties participating in the Court's electronic filing system.

*/s/ Elizabeth Collins*
