IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC., J. ANN SELZER, an individual, SELZER & COMPANY, and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:25-cv-00150-RGE-WPK<br><br>**JOINT MOTION TO STAY DISCOVERY AND CONTINUE SCHEDULING CONFERENCE** |

Plaintiff Dennis Donnelly ("Plaintiff"), Defendants Des Moines Register and Tribune Co. and Gannett Co., Inc. (collectively "Press Defendants"), and Defendants J. Ann Selzer and Selzer & Company (collectively "Selzer Defendants"), by and through their undersigned counsel and pursuant to Local Rule 7, jointly and respectfully submit this unopposed motion to stay discovery and continue the scheduling conference in this case. In support of this motion, the Parties state as follows:

1. Plaintiff filed a motion to remand or, in the alternative, for jurisdictional discovery on May 23, 2025. (ECF No. 21.) Press Defendants filed a resistance to that motion on June 6, 2025, and Plaintiff filed his reply on June 13, 2025. (ECF Nos. 24, 25.)

2. Press Defendants and Selzer Defendants filed motions to dismiss Plaintiff's First Amended Complaint on June 16, 2025. (ECF Nos. 26, 29, 32, 33.) Plaintiff filed a consolidated response in opposition to these motions on June 30, 2025, (ECF No. 36), and Defendants filed their respective replies on July 8, 2025, (ECF Nos. 41, 42).

1

3. The Court has not yet ruled on Plaintiff's motion to remand or Defendants' respective motions to dismiss (collectively, the "Motions").

4. On August 5, 2025, the Court entered an order setting a scheduling conference for August 25, 2025, and directing the parties to "file a proposed scheduling order and discovery plan as provided under Local Rule 16 by 8/18/2025." (ECF No. 43.)

5. The Parties have now met and conferred. In the interest of reserving all Parties' respective positions set forth in the Motions and the interest of promoting efficiency and preserving the Parties' and the Court's resources, the Parties hereby jointly and respectfully request that this Court stay discovery and continue the August 25, 2025 scheduling conference until the Court has resolved the Motions.

6. This Court has wide discretion to manage its docket, including to stay discovery and continue the scheduling conference. *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also Shipp v. Murphy*, 9 F.4th 694, 702 (8th Cir. 2021).

7. The scheduling conference has not previously been continued. *See* Local Rule 7(j).

**WHEREFORE**, Plaintiff Dennis Donnelly and Defendants Des Moines Register and Tribune Co., Gannett Co., Inc., J. Ann Selzer, and Selzer & Company respectfully request that this Court enter an Order staying discovery and continuing the scheduling conference until the Court has resolved the pending motions in the above-captioned matter.

Dated August 12, 2025	Respectfully Submitted,

*/s/ Daniel Suhr*
Robert R. Anderson
P.O. Box 4
Atlantic, IA 50022
Telephone: (515) 382-1278
bobandersoniowan@gmail.com

Daniel R. Suhr (pro hac vice)
Center for American Rights
727 N. LaSalle Street, Suite 210
Chicago, IL 60654
dsuhr@americanrights.org

**ATTORNEYS FOR PLAINTIFF**
**DENNIS DONNELLY**

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Nicholas Klinefeldt*
Nicholas A. Klinefeldt, AT0008771
David Yoshimura, AT0012422
801 Grand Avenue, 33rd Floor
Des Moines, IA, 50309
Telephone: (515) 248-9000
Fax: (515) 248-9010
Email: *nick.klinefeldt@faegredrinker.com*
       *david.yoshimura@faegredrinker.com*

**ATTORNEYS FOR PRESS DEFENDANTS**
**DES MOINES REGISTER AND TRIBUNE**
**COMPANY AND GANNETT CO., INC.**

**FOUNDATION FOR INDIVIDUAL RIGHTS**
**AND EXPRESSION (FIRE)**

*/s/ Robert Corn-Revere*
Robert Corn-Revere (pro hac vice)
Conor T. Fitzpatrick (pro hac vice)
700 Pennsylvania Ave., SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel, AT0015474
Adam Steinbaugh (pro hac vice)
510 Walnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 717-3473)
greg.greubel@thefire.org

adam@thefire.org

**NYEMASTER GOODE, P.C.**

Matthew A. McGuire, AT0011932
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: (515) 283-9014
mmcguire@nyemaster.com

**ATTORNEYS FOR DEFENDANTS J. ANN SELZER AND SELZER & COMPANY**

**CERTIFICATE OF SERVICE**

    I certify that on August 12, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all parties participating in the Court's electronic filing system.

                                                                      */s/ Paulette Ohnemus*