IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC., <br><br> Defendants. | Case No. 4:25-cv-00150-RGE-WPK |

**Errata Filing for**
**PLAINTIFF'S CONSOLIDATED RESPONSE BRIEF**
**IN OPPOSITION TO THE MOTIONS TO DISMISS**

Defendant Dr. Selzer's counsel has pointed out that Plaintiff's consolidated response brief in opposition to the motions to dismiss was not formally signed pursuant to FRCP 11(a).

Due to a clerical oversight, the brief that was uploaded was final in all but that particular.

Please find as Exhibit 1 a corrected version with the /s/ indicated.

    /s/ Bob Anderson
    Robert R. Anderson
    P.O. Box 4
    Atlantic, Iowa 50022
    (515) 382-1278
    bobandersoniowan@gmail.com

    /s/ Daniel R. Suhr
    Daniel R. Suhr (pro hac vice)
    Center for American Rights
    1341 W. Fullerton Ave., Suite 170
    Chicago, Illinois 60614
    dsuhr@americanrights.org

September 29, 2025