# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

DENNIS DONNELLY, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

DES MOINES REGISTER AND TRIBUNE CO., INC., J. ANN SELZER, SELZER & COMPANY, and GANNETT CO., INC.,

    Defendants,

CIVIL NO.: 4:25-cv-00150-RGE-WPK

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Pursuant to Order [48], the case is dismissed. Judgment is entered in favor of the Defendants, Des Moines Register and Tribune Co., Inc., J. Ann Selzer, Selzer & Company, and Gannett Co., Inc., and against the Plaintiff.

Date: November 6, 2025

CLERK, U.S. DISTRICT COURT

/s/ Kandy Sands
_____
By: Deputy Clerk