# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO, INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>Defendants. | Civil Case No. 4:25-cv-00150-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S MOTION IN SUPPORT OF THEIR MOTION FOR SANCTIONS**<br><br>**ORAL ARGUMENT REQUESTED** |

    Defendants J. Ann Selzer and Selzer & Company move under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and the Court's inherent authority for sanctions because Plaintiff Dennis Donnelly's claims are not warranted under existing law, his counsel makes no nonfrivolous argument for extending the law, and this litigation is a vexatious political attack. Ms. Selzer and Selzer & Company rely on the Brief in Support filed as an attachment to the Local Rule 7(h) motion for leave to file an over-length brief. Pursuant to Local Rule 7(c), Ms. Selzer and Selzer & Company respectfully request oral argument on their motion.

    Defendants J. Ann Selzer and Selzer & Company respectfully request that this Court award appropriate sanctions.

Dated: November 17, 2025                     Respectfully Submitted,

                                                      /s/ *Robert Corn-Revere*
                                                      Robert Corn-Revere*†
                                                         (DC Bar No. 375415)
                                                    Conor T. Fitzpatrick*
                                                         (Mich. Bar No. P78981)
                                                   FOUNDATION FOR INDIVIDUAL
                                                         RIGHTS AND EXPRESSION (FIRE)

700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg Greubel
   (Iowa Bar No. AT0015474)
Adam Steinbaugh*
   (Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
   RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
   (Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

*\* Admitted pro hac vice.*
*† Lead counsel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on November 17, 2025

/s/ Robert Corn-Revere