**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

DENNIS DONNELLY, on behalf of himself and all others similarly situated,

Plaintiff,

v.

DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,

Defendants.

Case No. 4:25-cv-00150-RGE-WPK

**MOTION TO FILE OVERLENGTH BRIEF IN OPPOSITION TO DR. SELZER'S MOTION FOR SANCTIONS**

1. This Court has granted Dr. Selzer permission to file an overlength brief in support of her motion for sanctions. ECF 52.
2. Plaintiff's counsel consented to Dr. Selzer's request to file an overlength brief.
3. Plaintiff's counsel has consulted Dr. Selzer's counsel, who consents to Plaintiff's request to file an overlength brief in response.
4. Plaintiff therefore respectfully requests that the Court grant this motion and file the attached brief. *See Local R. 7(h).*

Respectfully submitted,

/s/ Robert R. Anderson
Robert R. Anderson
P.O. Box 4
Atlantic, IA 50022
Phone (515) 382-1278
Email: Bobandersoniowan@gmail.com

/s/ Daniel R. Suhr
Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Email: dsuhr@americanrights.org