**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO, INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>Defendants. | Civil Case No. 4:25-cv-00150-RGE-WPK<br><br>**DEFENDANTS J. ANN SELZER AND SELZER & COMPANY'S CONSENT MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEF IN SUPPORT OF THEIR MOTION FOR SANCTIONS UNDER FED. R. CIV. P. 11, 28 U.S.C. § 1927, AND THE COURT'S INHERENT AUTHORITY** |

Pursuant to Local Rule 7(h), Defendants J. Ann Selzer and Selzer & Company move for leave to file an 11-page Reply Brief in Support of their Motion for Sanctions Under Federal Rule of Civil Procedure 11, 28 U.S.C. § 1927, and the Court's inherent authority. To fully address the application of these three sources of authority to impose sanctions, and the application of those authorities to the assertions advanced by Plaintiff's counsel in this matter, J. Ann Selzer and Selzer & Company respectfully request leave to file a brief containing six additional pages beyond the 5 allotted by Local Rule 7(g). Pursuant to Local Rule 7(k), the undersigned counsel confirms they conferred with counsel for all other parties and that Plaintiff consents to this request.

Dated: December 3, 2025

Respectfully Submitted,

/s/ *Robert Corn-Revere*
Robert Corn-Revere*†
(DC Bar No. 375415)
Conor T. Fitzpatrick*
(Mich. Bar No. P78981)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)

700 Pennsylvania Ave., SE; Suite 340
Washington, D.C. 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
(Iowa Bar No. AT0015474)
Adam Steinbaugh*
(Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL
RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Suite 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
NYEMASTER GOODE, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Defendants J. Ann Selzer and Selzer & Company*

* *Admitted pro hac vice.*
† *Lead counsel*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing document was served upon all parties of record through the Court's CM/ECF electronic filing system on December 3, 2025.

/s/ *Robert Corn-Revere*