**From:** Barnes, Daniel <Daniel.Barnes@ag.iowa.gov>
**Sent:** Tuesday, March 4, 2025 1:17 PM
**To:** Daniel Suhr <dsuhr@americanrights.org>
**Subject:** RE: Notice and Request pursuant to 714H

Hi Daniel,

Under Iowa Code Section 714H.7, the Iowa Attorney General's office approves your request to file a class action lawsuit alleging the violation of Iowa Code Section 714H that you submitted. This office expresses no views about the merits of the consumer protection claim or lawsuit.

Best regards,
Daniel

**Daniel Barnes**
**Deputy Attorney General for Consumer Protection**
**Office of Iowa Attorney General Brenna Bird**
1305 E. Walnut St.
Des Moines, Iowa 50319
Main: (515) 281-5926 | Direct: (515) 281-8772
Email: Daniel.Barnes@ag.iowa.gov | www.iowaattorneygeneral.gov