**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| DENNIS DONNELLY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DES MOINES REGISTER AND TRIBUNE CO., INC.; J. ANN SELZER; SELZER & COMPANY; and GANNETT CO., INC.,<br><br>Defendants. | Case No. 4:25-cv-00150-RGE-WPK |

# NOTICE OF APPEAL

Notice is hereby given that Dennis Donnelly (putatively on behalf of himself and all others similarly situated), plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for Eighth Circuit from the final judgment entered in this action on November 6, 2025 (ECF 49), which reflects the Court's orders on the motion for remand (ECF 47) and the motions to dismiss (ECF 48).

Robert R. Anderson
Iowa State Bar No. AT9021
P.O. Box 4
Atlantic, IA 50022
Phone (515) 382-1278
Email: Bobandersoniowan@gmail.com

/s/ Daniel R. Suhr
Daniel R. Suhr
Center for American Rights
1341 W. Fullerton Ave., Suite 170
Chicago, IL 60614
Email: dsuhr@americanrights.org

December 5, 2025