# EXHIBIT 1

From: **Daniel Suhr** <dsuhr@americanrights.org>
Date: Wed, Sep 30, 2026 at 12:47 PM
Subject: SDIA Rule 11 Motion
To: Bob Corn-Revere <bob.corn-revere@thefire.org>
Cc: Conor Fitzpatrick <conor.fitzpatrick@thefire.org>, Yoshimura, David <david.yoshimura@faegredrinker.com>, Klinefeldt, Nicholas A. <nick.klinefeldt@faegredrinker.com>

Dear Mr. Corn-Revere:

I write to ask that you withdraw your motion for sanctions against counsel for Mr. Donnelly pending in the Southern District of Iowa. As we pointed out to you before you filed the motion, the District Court had already said there was no directly on-point precedent governing the constitutional issues addressed in the motion. You filed anyway.

The Polk County District Court has now ruled on your motion for sanctions against President Trump's counsel, and it said that "no Iowa appellate court has answered the questions the Plaintiffs raise. No Iowa decision holds that the contents of a newspaper can or cannot be consumer merchandise under chapter 714H, and none decides whether a pollster owes a duty of care to the candidates a poll measures. A litigant may ask a court to answer a question the appellate courts have not reached, and may lose, without exposing counsel to sanction." In other words, the state law claims present novel issues of Iowa law just as much as the First Amendment defenses presented novel issues of federal law.

Given the Polk County District Court's ruling, we ask that you withdraw your motion. If you decline to do so, we will promptly file a notice of supplemental authority with the U.S. District Court apprising it of the Polk County District Court's opinion.

Thanks,
DANIEL